COMMISSIONERS OF THE STATE INSURANCE FUND, Appellants, v. TOWN OF HOWARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.